UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DADDY'S HOUSE RECORDS, INC., <br><br> Plaintiff, <br><br> -against- <br><br> BAD BOY ENTERTAINMENT HOLDINGS, INC., ET AL, <br><br> Defendants. | 24-cv-8102 (LTS) <br><br> CIVIL JUDGMENT |

  For the reasons stated in the March 10, 2025, order, the court barred Robert W. Johnson from filing future civil actions in this court IFP without first obtaining from the court leave to file. See Johnson v. O'Hagan Wolfe, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), appeal dismissed, No. 21-299 (2d Cir. July 15, 2021). Robert W. Johnson files this new pro se civil action in this court and seeks IFP status, but he has not sought leave from the court to file this action. The Court therefore additionally dismisses without prejudice this action due to Robert W. Johnson's failure to comply with the court's July 10, 2020 order in Johnson, 1:19-CV-7337.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 13, 2025
    New York, New York

                /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
                Chief United States District Judge